# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00378-07-CR-W-SRB |
| ) | |
| NATALIE M. SCHNEIDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Natalie M. Schneider's Motion to Dismiss the Indictment be denied. (Doc. #97). Defendant Schneider did not file objections to the Report and Recommendation, and the time for doing so has now expired.

After an independent and careful review of the record and the applicable law, the Court ADOPTS Judge Whitworth's Report and Recommendation (Doc. #97) and DENIES Defendant Natalie M. Schneider's Motion to Dismiss Count One of the Indictment (Doc. #70).

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: November 20, 2017